**[This decision has been published in *Ohio Official Reports* at 94 Ohio St.3d 1211.]**

**WORLEY, APPELLANT, *v*. COOPER TIRE & RUBBER COMPANY, APPELLEE.**

**[Cite as *Worley v. Cooper Tire & Rubber Co.*, 2002-Ohio-346.]**

*Appeal dismissed as improvidently allowed.*

(No. 00-2155—Submitted November 28, 2001—Decided January 30, 2002.)

APPEAL from the Court of Appeals for Hancock County, No. 5-2000-16.

———————————

{¶ 1} The cause is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS and RESNICK, JJ., dissent.

———————————

*Connelly, Jackson & Collier L.L.P., Steven P. Collier* and *Janine T. Avila*, for appellant.

*Jones, Day, Reavis & Pogue, Robert S. Walker* and *Paula Batt Wilson*, for appellee.

*Spangenberg, Shibley & Liber L.L.P.* and *Justin F. Madden*, in support of appellant, for *amicus curiae* Ohio Academy of Trial Lawyers.

———————————